```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION
```

DAVID COFFMAN                                              PLAINTIFF

    vs.                    4:06-cv-00568-RSW

UNICCO SERVICE COMPANY                                     DEFENDANT

### ORDER

On November 14, 2007, the parties filed a Stipulation of Dismissal with Prejudice under Fed.R.Civ.P. 41(a)(1)(ii).  The Court **ACCEPTS** the stipulation and **ORDERS** the Clerk of Court to enter judgment dismissing this case with prejudice.  All motions still pending in the case are **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

    Dated this 15th day of November, 2007.

```
                              Rodney S. Webb
                         RODNEY S. WEBB, District Judge
                         United States District Court
```